SEALED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Misael REYES-TAJIMAROA (ANDRADE) | ) Case No. 1:16mj169 |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unneccessary delay
*(name of person to be arrested)*    Tajimaroa Misael REYES

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 21 USC 846, Conspiracy to Distribute Methamphetamine and Oxycodone.

Date: 11/8/16

*Pamela Meade Sargent*
Issuing officer's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title