AO 442 (Rev. 01/09) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT

for the

Western    District of    Virginia

| United States of America | ) |
| v. | ) |
| Richard Henry KAYIAN | ) |
| | ) |
| | ) |

Case No.  1:16mj166

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Richard Henry KAYIAN

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 USC 846, Conspiracy to Distribute Methamphetamine & Oxycodone. 11/8/16

Date:  11/8/16

*Issuing officer's signature*  Pamela Meade Sargent

City and state:   Abingdon, Virginia

Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*   11/8/16 , and the person was arrested on *(date)*   11/9/16

at *(city and state)*   S/ GA .

Date:   11/10/16

*Arresting officer's signature*

Dusn Satterwhite
*Printed name and title*

For ATF / DEA

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Baylock
DEPUTY CLERK

RECEIVED
NOV 8 2016
U.S. MARSHAL
ABINGDON, VA