AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:16mj040 |
| RICHARD HENRY KAYIAN | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No.  1:16mj40 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Virginia___,
(if applicable) - _____ division. The defendant may need an interpreter for this language: _____

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   11/15/2016

_____
Judge's signature

Hon. Brian K. Epps, U.S. Magistrate Judge
*Printed name and title*

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16 Mj 40 |
| Richard Henry Kayian | ) | |
| Defendant | ) | Charging District's Case No. 1:16MJ16 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*
Western District of Virginia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/10/16

*Defendant's signature*

*Signature of defendant's attorney*

Kenneth Crowder

*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:16MJ40

UNITED STATES OF AMERICA

v.

Richard Henry Kayian

DATE: 11/10/16

TIMES: 2:19 - 2:32

Honorable: Brian K. Epps, United States Magistrate Judge
Courtroom Deputy: Rebecca Cirillo
Court Reporter: FTR
Interpreter: —
Probation Officer: Eller
Security: Grooms

Attorney for Government: Troy Clark
Attorney for Defendant(s): Kenneth Crowder

**PROCEEDINGS: INITIAL APPEARANCE/REMOVAL HEARING**

- [x] All parties present and ready to proceed
- [ ] Interpreter is sworn
- [x] Defendant advised of charges and ~~penalties~~
- [x] Defendant advised of rights
- [x] Identity Hearing Waived
- [x] Preliminary Hearing Waived
- [x] Request Preliminary Hearing in District of Offense
- [x] Government moves for detention — Defendant waives detention hearing in this district
- [ ] Detention Hearing held

Witness for the Govt:
- [ ] Witness sworn

Witness for the Deft:
- [ ] Witness sworn

- [x] Defendant Detained Pending Transfer to District of Offense
- [x] Defendant remanded to custody of US Marshal

Defendant requests a detention hearing in WDVA

# U.S. District Court
## Southern District of Georgia (Augusta)
## CRIMINAL DOCKET FOR CASE #: 1:16-mj-00040-BKE-1

| | |
|---|---|
| Case title: USA v. Kayian | Date Filed: 11/09/2016 |

Assigned to: Magistrate Judge Brian K. Epps

**Defendant (1)**

| | | |
|---|---|---|
| **Richard Henry Kayian** | represented by | **Kenneth D. Crowder**<br>Crowder Stewart, LLP<br>P.O. Box 160<br>Augusta, GA 30903<br>706-434-8545<br>Email: ken@crowderstewart.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher Troy Clark**<br>U.S. Attorney's Office - Augusta<br>P.O. Box 2017<br>Augusta, GA 30903 |

706-826-4537
Fax: 706-724-7728
Email: troy.clark@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2016 | | Arrest (Rule 40) of Richard Henry Kayian. (rc) (Entered: 11/15/2016) |
| 11/10/2016 | 2 | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Initial Appearance in Rule 5(c)(3) Proceedings as to Richard Henry Kayian held on 11/10/2016. Defendant waives any rights to identity, preliminary, and detention hearings to which he may be entitled in this District and reserves those rights for WDVA. Defendant remanded to USMS custody pending transfer to WDVA. (Court Reporter FTR.) (rc) (Entered: 11/15/2016) |
| 11/10/2016 | 3 | WAIVER of Rule 5(c)(3) Hearing by Richard Henry Kayian. (rc) (Entered: 11/15/2016) |
| 11/10/2016 | | TEXT ORDER for Appointment of Attorney as to Richard Henry Kayian by Magistrate Judge Brian K. Epps on 11/10/2014. The Court has reviewed the CJA23 financial affidavit, finds Defendant qualifies for appointment of counsel under the Criminal Justice Act, and appoints Kenneth Crowder as attorney for Defendant. (rc) (Entered: 11/15/2016) |
| 11/14/2016 | 1 | CJA 23 Financial Affidavit by Richard Henry Kayian. (cmr) (Entered: 11/15/2016) |
| 11/15/2016 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Richard Henry Kayian. Defendant committed to the Western District of Virginia. Signed by Magistrate Judge Brian K. Epps on 11/15/2016. (rc) (Entered: 11/15/2016) |
| 11/16/2016 | 5 | Notice to CJA Counsel: CJA Packet attached including Post-Conviction Obligations - CLICK HERE TO READ. (cmr) (Entered: 11/16/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/17/2016 15:26:18 | | | |
| PACER Login: | us3753:2653133:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:16-mj-00040-BKE |
| Billable Pages: | 1 | Cost: | 0.10 |